AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the

Southern District of Texas

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| **Adrian PENA** | ) | Case No. |
| | ) | |
| | ) | |
| | ) | |
| | ) | |
| *Defendant(s)* | | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __October 10, 2021__ in the county of __Webb__ in the __Southern__ District of __Texas__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 8 USC 1324 | Knowing and in reckless disregard of the fact that an alien had come to, entered, and remained in the United States in violation of law, did transport and move and attempted to transport and move and conspired to transport and move such alien within the United States by means of transportation and otherwise in furtherance of such violation of law. |

This criminal complaint is based on these facts:

Continued on Affidavit

☑ Continued on the attached sheet.

/S/Javier Medrano
*Complainant's signature*

Javier Medrano, Border Patrol Agent
*Printed name and title*

Sworn to before me and signed in my presence,

Date: October 12, 2021

*Judge's signature*

City and state: Laredo, Texas

Christopher Dos Santos, U.S. Magistrate Judge
*Printed name and title*

# AFFIDAVIT
## In support of Criminal Complaint

| | |
|---|---|
| **UNITED STATES OF AMERICA** | **CRIMINAL COMPLAINT** |
| V. | |
| Adrian PENA | Case Number: |

On October 10, 2021, a United States Border Patrol Agent (BPA) was working his assigned duties at the United States Border Patrol Checkpoint, located at the 29-mile marker on United States Interstate Highway 35 (IH-35) north of Laredo, Texas in Webb County. At approximately 6:25 p.m., a white tractor hauling a blue tanker approached the primary lane for an immigration inspection.

At the primary inspection lane, a BPA asked the driver, Adrian Pena, if the tanker was empty. Pena responded "Yes" and provided consent to perform a non-intrusive scan of the tractor and tanker. The BPA also asked Pena if he was a United States citizen. Pena responded "Yes". The BPA directed Pena to the non-intrusive scan area. As Pena drove through the scan area, an additional BPA operating the X-Ray machine notified BPAs at the checkpoint the scan had revealed what it appeared to be several concealed silhouettes inside of the cab. In attempt to perform an inspection of the tractor cab, BPAs gestured Pena to stop, Pena ignore the BPAs signals and continued to drive towards to IH-35. BPAs performed a vehicle stop just north of the checkpoint, asked Pena to exit the tractor and inspected the cab area. Upon inspection, BPAs discovered five subjects attempting to conceal themselves within the cab. BPAs performed an immigration inspection on all subjects, they admitted to being nationals of Mexico illegally present in the United States U.S. All subjects were placed under arrest and transported to the checkpoint for further investigation and processing.

Adrian Pena was read his Miranda Rights. Pena stated that he understood and acknowledge his rights by signing DHS service form I-214. Pena advised he was not willing to provide a statement without an attorney present.

Mario Alberto SANCHEZ-Saucedo, a national of Mexico, is serving as a material witness in the case. SANCHEZ-Saucedo stated his family arranged for him to be smuggled into the United States for $8,500.00 United States Dollars (USD). SANCHEZ-Saucedo stated he paid $4,250.00 USD in Mexico and was going to pay an additional $4,250.00 USD once he arrived at San Antonio, Texas. SANCHEZ-Saucedo stated he and other four subjects made an illegal entry into the U.S. by crossing the Rio Grande River on October 8, 2021, near Laredo, Texas. After crossing the river, an unknown male picked them up and took them to a house in an unknown location. SANCHEZ-Saucedo stated that on the day of the apprehension (October 10, 2021), the unknown male picked them up at the house and drove them to where the tractor was parked. Once at the tractor, the unknown male instructed them to get inside the tractor cab area and to close the curtain. SANCHEZ-Saucedo stated that after approximately 30 minutes, the driver got inside the tractor and asked in the Spanish language, "Is everyone here?" SANCHEZ-Saucedo stated the driver told them he was going to instruct them to hide before arriving to the checkpoint. SANCHEZ-Saucedo stated they drove straight to the checkpoint. SANCHEZ-Saucedo stated that before they arrived at the checkpoint, the driver instructed them to hide behind his seat. SANCHEZ-Saucedo stated the driver told them that once at the checkpoint, he was going to open the curtain to show the BPA there was nobody else inside the cab. SANCHEZ-Saucedo stated shortly after the driver opened the curtain, he heard sirens, and the driver told them in the Spanish language, "You know what, I think they caught us".

SUBSCRIBED and SWORN to before me on

_____12th_____ day of _____October, 2021_____

| | |
|---|---|
| _____ | /S/ Medrano, Javier   Border Patrol Agent |
| Signature of Judicial Officer | Signature of Complainant |